**Appeal Dismissed and Memorandum Opinion filed February 4, 2020.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00690-CV

_____

### KEEBLE LOVALL AND LIZ YOUNG, Appellants

### V.

### U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR THE RMAC TRUST, SERIES 2016-CTT, Appellee

**On Appeal from County Court at Law No. 5
Fort Bend County, Texas
Trial Court Cause No. 18-CCV-061841**

## MEMORANDUM OPINION

This is an appeal from a final judgment signed July 26, 2018. Appellants' brief was due December 12, 2019. No brief or motion to extend time to file the brief was filed.

On December 19, 2019, the court ordered appellants to file a brief by January 13, 2020. We cautioned that if appellants failed to comply with our order, we would

dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b). No brief or motion to extend time to file the brief was filed.

Therefore, the appeal is dismissed.


PER CURIAM


Panel consists of Justices Zimmerer, Spain, and Hassan